LODGED
JAN 27 2016
Clerk, U.S. District Court
District Of Montana

FILED
JAN 27 2016
Clerk, U.S. District Court
District of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | Citation Number: 4316005 |
|---|---|
| Plaintiff, | ORDER TO DISMISS |
| vs. | |
| CHARLENE M. FOLEY, | |
| Defendant. | |

Upon motion of the United States and for good cause shown,

IT IS HEREBY ORDERED that the above Violation is dismissed with prejudice.

DONE AND DATED this 27 day of January, 2016.

HONORABLE JOHN JOHNSTON
UNITED STATES MAGISTRATE JUDGE

-1-